**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Emjadia PORTER, a/k/a Troy Miller,**
**Defendant–Appellant.**

No. 08–6758.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 4, 2009.

Emjadia Porter, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emjadia Porter appeals the district court's orders granting his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Porter,* No. 7:94–cr–00037–sgw (W.D.Va. Apr. 7 & 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*